UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

Plaintiff,

v.

Case No. 26-cv-14261
HON. MARK A. GOLDSMITH

CARHARTT, INC., et al.,

Defendants.
_____________________________/

**ORDER FOR SERVICE**

Having reviewed Plaintiff Jane Doe's motion for a temporary restraining order, the Court orders as follows:

1. On or before noon on November 12, 2026, Plaintiff must serve the summons (Dkt. 4), complaint (Dkt. 1), motion for leave to proceed under pseudonym Jane Doe (Dkt. 2), motion for temporary restraining order (Dkt. 3), and a copy of this order on Defendants.
2. The Court will conduct a Zoom hearing on the motion for a temporary restraining order after Plaintiff files certificates of service.

**SO ORDERED.**

Dated: November 9, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager